DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICK D'ANDOLA,**
Appellant,

v.

**FERROVIAL SERVICES INFRASTRUCTURE, INC.,** a Foreign
Corporation, and **FLORIDA DEPARTMENT OF TRANSPORTATION**,
Appellees.

No. 4D20-2604

[October 28, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 19-000519-CAAX-MX.

Andre G. Raikhelson of the Law Offices of Andre G. Raikhelson, Boca Raton, for appellant.

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, for appellee Ferrovial Services Infrastructure, Inc.

Carri S. Leininger and Maureen Martinez of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellee Florida Department of Transportation.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***